**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CHARLES PENDLETON
AND BETTY PENDLETON**                                                                      **PLAINTIFFS**

**VERSUS**                                    **CIVIL ACTION NO. 3:17-cv-00337-DPJ-FKB**

**STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY, HENNESSEY THAMES
AND LEAVITT INSURANCE AGENCY, NAN LYLES,
CERTIFIED RESTORATION DRYCLEANING
NETWORK OF CENTRAL AND SOUTHERN
MISSISSIPPI, AUSTIN MCCORMICK, HARLEY
VICKERS, DAVID CALVIN BEARD, KRIS TAYLOR
AND JOHN DOES 1-5**                                                                       **DEFENDANTS**

**NOTICE OF SERVICE**

TO:   Dennis C. Sweet, III
      Jeffrey Graves
      SWEET & ASSOCIATES
      158 E. Pascagoula Street
      Jackson, MS 39201
      ATTORNEYS FOR THE PLAINTIFFS

Notice is hereby given, that Defendant, State Auto Property & Casualty Insurance Company, by and through its attorney of record herein, has this date served in the above entitled action:

(1)   Defendant State Auto Property & Casualty Insurance Company's Responses to Plaintiffs' First Set of Requests for Admission.

The undersigned retains the originals of the above papers as custodian thereof.

THIS the 16th day of May, 2017.

        Respectfully submitted,

        STATE AUTO PROPERTY & CASUALTY INSURANCE
        COMPANY, DEFENDANT


    By:    /s/  *Michael C. Gatling*
        Dale G. Russell (MSB # 10837)
        Michael G. Gatling (MSB # 101530)
        Adam V. Griffin (MSB#103560)
        COPELAND, COOK, TAYLOR & BUSH, P.A.
        600 Concourse, Suite 100
        1076 Highland Colony Parkway (39157)
        Post Office Box 6020
        Ridgeland, Mississippi 39158
        T: 601.856.7200, F: 601.856.7626
        drussell@ccb.com
        mgatling@cctb.com
        agriffin@cctb.com
        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I, Dale G. Russell/Michael C. Gatling/Adam V. Griffin, do hereby certify that I have this day caused to be forwarded by the Court's ECF filing system, a true and correct copy of the above and foregoing to the following:

>Dennis C. Sweet, III
>Jeffrey Graves
>SWEET & ASSOCIATES
>158 E. Pascagoula Street
>Jackson, MS 39201

THIS, the 16th day of May, 2017.

>/s/  *Michael C. Gatling*
>Dale G. Russell
>Michael C. Gatling
>Adam V. Griffin